# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMBER FERGUSON,**

    **Plaintiff,**

**v.**                                                  **Case No: 6:19-cv-1264-Orl-37LRH**

**WAYNE IVEY,**

    **Defendant.**

| | | | |
|---|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** | David H. Spalter |
| **DEPUTY CLERK:** | Landon Countryman | **COUNSEL FOR DEFENDANT:** | Marc Sugerman |
| **COURT REPORTER:** | Amie First<br>amiefirst.courtreporter@gmail.com | | |
| **SCHEDULED DATE/TIME:** | October 16, 2019 at 2:30 PM | | |

## MINUTES
### Motion Hearing

**2:34 pm**     Case called; appearances made by counsel.

                Court hears argument on Motion to Dismiss (Doc. 21) – Granted in part as to Counts 3, 4, and 5; Denied in part as to Counts 1, 2, and 6.

                Plaintiff given leave to amend Complaint. Amended complaint to be filed within 14 days. Defendant's response is due 14 days thereafter.

**3:29 pm**     Court is in recess.

                Total time in court: 0/55