UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMBER FERGUSON,

      Plaintiff,

v.                                             Case No.: 6:19-cv-01264-RBD-LRH

BREVARD COUNTY SHERIFF'S OFFICE,

      Defendant.

_____/

## MEDIATION REPORT

A mediation conference was held via zoom on December 15, 2020 via zoom, and the results of that conference are indicated below:

    (a)    The following individuals, parties, company representatives, and/or claims professionals attended and participated in the virtual mediation conference and each possessed the requisite settlement authority:

        XXX    Plaintiff and Plaintiff's trial counsel

        XXX    Defendant's agency representative and Defendant's trial counsel

        _____    Required claims professional

    (b)    The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: N/A.

    (c)    The outcome of the mediation conference was:

        _____    The case has been completely settled.

        _____    The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____ The conference was continued with the consent of all parties and counsel. The mediation conference will be scheduled not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_XXX_ The parties have reached an impasse.


Done this 18th day of December 2020.

/s/Kay L. Wolf_____
Signature of Mediator
Florida Bar No. 247065

Kay L. Wolf_____
Name of Mediator

KAY L. WOLF Mediation Services, LLC
801 Silver Drive
Mailing Address

Orlando, Florida 32804_____
City, State and Zip Code

407-758-6984_____
Telephone Number